UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:13-cr-00051-JMS-TAB |
| ) | |
| BRUCE WHITE (01), ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kellie Barr's Report and Recommendation dkt [119] recommending that Bruce White's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Barr's Report and Recommendation dkt [119]. The Court finds that Mr. White committed Violation Number 1 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt. [108]. The Court dismissed Violation Numbers 2, 3, & 4 at dkt [108]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. White is sentenced to the custody of the Attorney General or his designee for a period of Twenty-Three (23) months and with no supervised release to follow. The Court recommends placement at FCI Lexington (Kentucky) and that Defendant obtain drug treatment therapy as available at the facility.

Date: 7/11/2025

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system